MARTIN W. BRETT et al., Respondents, *v.* THE FIRST
UNIVERSALIST SOCIETY OF BROOKLYN, Appellant.

(Argued February 23, 1876; decided March 28, 1876.)

DECIDED upon the facts in the case.

*Jesse C. Smith* for the appellant.

*Amasa J. Parker* for the respondents.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.

---

CHARLES G. ROOSEVELT et al., Respondents, *v.* JAMES A.
ROOSEVELT et al., Appellants.

(Argued March 20, 1876; decided March 28, 1876.)

REPORTED below, 6 Hun, 31.
Affirmed substantially upon the opinion below.

*George G. Dewitt* and *Charles A. Peabody* for the
appellants.

*Edward T. Bartlett* and *George H. Yeoman* for the
respondents.

*Per Curiam* opinion for affirmance.
All concur.
Judgment affirmed.